## Van Stavern, Appellant, *v.* Van Stavern.

Argued March 19, 1975. *R. Michael Owens,* for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.